### NELSON v. HAMMOND.

On an objection to an appeal in an action on book, because the debt did not amount to £20 — the book ought to be inserted in the objection, that it may appear from the record.

ERROR to reverse a judgment of the County Court, denying an appeal in an action of debt by book, for a sum more than £20, and demanding in damages £30, brought by Nelson v. Hammond.

The defendant plead in abatement — Diminution of the record. This was objected to as improper; if the writ of error hath not set forth the record truly, the defendant may plead *nul tiel record*, or take advantage of the variance in abatement; but if the County Court hath not given out the whole record, the plaintiff may allege diminution, and pray a *certiorari* to the judge or the court in which the record is, to certify the whole record.

The defendant took back his plea and plead — That there was no such record and judgment, etc. Upon inspection the court found that there was such a record, etc. The defendant offered a copy of a book which was for less than £20 certified by the clerk to be a true copy of the plaintiff's book, lodged on file.

By the COURT. If the defendant would have advantage of this, he ought to have inserted the book in his objection to the appeal, and so placed it on the records of the County Court.

The defendant then plead — Nothing erroneous in the record and judgment, etc.

Judgment — Manifest error; for from the record it appears that the cause was appealable.